UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINALD WAYNE WILTON, <br><br>Plaintiff, <br><br>v. <br><br>TOMAS FITHIAN, et al., <br><br>Defendants. | CASE NO. C21-5596 MJP <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff's Motion for Extension of Time. (Dkt. No. 91.) Having reviewed the Motion and supporting materials, the Court GRANTS Plaintiff's Motion. Although Plaintiff has filed a notice of appeal, he also wishes to file a motion for reconsideration of the Court's Order adopting the Report and Recommendation. He identifies certain barriers to his access to the law library at Stafford Creek that has impeded his ability to timely file a motion for reconsideration. (See Dkt. No. 91 at 6.) The Court finds good cause to extend the deadline for filing a motion for reconsideration and GRANTS the Motion. To be

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

timely, any motion for reconsideration must be filed by Plaintiff within 30 days of entry of this Order.

The clerk is ordered to provide copies of this order to Plaintiff all counsel.

Dated January 6, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2