UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REGINALD WAYNE WILTON, <br><br> Plaintiff, <br><br> v. <br><br> TOMAS FITHIAN, et al., <br><br> Defendants. | CASE NO. C21-5596 MJP <br><br> ORDER ON MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on Plaintiff's Motion for Extension of Time (Dkt. No. 95) and Motion to File Over-Length Brief (Dkt. No. 97). Having reviewed the Motions and supporting materials, the Court GRANTS Plaintiff's Motion for Extension of Time and GRANTS in part Plaintiff's Motion for Leave.

Plaintiff wishes to file a motion for reconsideration of the Court's Order adopting the Report and Recommendation. The Court has granted an extension of time to allow Plaintiff to file the motion. (See Order Granting Mot. for Extension of Time (Dkt. No. 93).) But Plaintiff now identifies certain additional barriers to his access to the law library at Stafford Creek that

will impede his ability to timely file a motion for reconsideration. (See Dkt. No. 96.) The Court finds good cause to extend the deadline for filing a motion for reconsideration and GRANTS the Motion. To be timely, any motion for reconsideration must be filed by Plaintiff by no later than February 13, 2023.

Plaintiff also asks the Court to allow him to file an over-length brief. (Mot. for Leave at 2 (Dkt. No. 97).) Plaintiff appears to believe that his motion is subject to a twenty-four-page limit, and asks for an additional ten pages. (Id. (stating that Plaintiff "is fast-approaching the twenty-four (24) page limit . . . and feels that it is necessary for him to request for ten more pages. . . .").) Motions for reconsideration, which note the day they are filed under Local Civil Rule 7(d)(1), are subject to a six-page limit. See Local Civil Rule 7(e)(1). As such, Plaintiff's motion for reconsideration cannot exceed six pages to abide by the Local Rules. But, given Plaintiff's representation in his motion, the Court finds good cause to allow the motion to total twelve pages. No further leave will be granted to increase the number of pages. And the Court will not consider any briefing that exceeds this page limit.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated January 27, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER ON MOTION FOR EXTENSION OF TIME AND MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 2